

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Fior Alberto, Monica Magana Baltazar, Alfonso Baltazar, Nolberto Gomez, Lazaro Armas, Latecia Pachecho, Mamerto Rosales, and Martin Lopez

Individually, and on behalf of all others similarly situated as Class Representatives,

      Plaintiffs,

v.

Plaza Sweets, Inc., Plaza Sweets Holdings, Inc., Zephyr Management LLC, and Rodney Holder,

      Defendants.

Case No.: 17 cv 10048 (NSR)

CLASS AND REPRESENTATIVE ACTION

---

## STIPULATION AND ~~PROPOSED~~ ORDER TO RELEASE FUNDS DEPOSITED WITH THE CLERK OF COURT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel, that the Clerk of Court should release all funds (principal and interest) currently deposited in an account with the Court by Defendant Rodney Holder (*see* Dkt. 12) to Plaintiffs' counsel in a check made payable to Hudson Valley Justice Center, to be held in escrow pending approval by the Court of the parties' settlement agreement. The funds may then be used to fulfill the terms of the parties' settlement agreement, or, if the payments required under that agreement have already been made in full, returned to Defendant Rodney Holder. The check containing said funds should be sent to Plaintiffs' counsel at the following address:

    Attn: Robert McCreanor, Esq.
    Hudson Valley Justice Center
    19 Court Street, Suite 400
    White Plains, NY 10601.

ATTORNEYS FOR PLAINTIFFS:

_/s/ Robert McCreanor_
Robert McCreanor, Esq.

ATTORNEYS FOR DEFENDANTS:

_/s/ Henry Saurborn_
Henry Saurborn, Jr., Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2018

1

Maureen Hussain, Esq.
Hudson Valley Justice Center
19 Court Street, Suite 400
White Plains, New York 10601
(914) 308-3490
rmccreanor@hvjc.org
mhussain@hvjc.org

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, NY 10004
(212) 338-9100
saurborn@ksmlaw.com

Dated: March 9, 2018

Dated: March 26, 2018

So Ordered:

Hon. Nelson S. Román
United States District Judge